Jack BUTLER, Appellant,

v.

HOLT MACHINERY COMPANY, Appellee.

No. 4–86–00295–CV.

Court of Appeals of Texas, San Antonio.

Nov. 25, 1987.

Robert L. Vale, San Antonio, for appellant.

Diana M. Geis, Gerald T. Drought, San Antonio, for appellee.

Before CADENA, C.J., and CANTU and REEVES, JJ.

ON APPELLANT'S AND APPELLEE'S MOTIONS FOR REHEARING

REEVES, Justice.

Appellant (Butler) and Appellee (Holt) have each filed a motion for rehearing. The motions are overruled except as to the computation of damages. Butler brings to our attention that the judgment entered by this Court fails to include $7,500.00 award-

ed by the trial court to Butler as attorney fees for the successful dissolving of a writ of sequestration. Holt brings to our attention that the judgment of this Court does not credit the $50,000.00 awarded Butler by the trial court for the successful recovery of his usury claim to the judgment. Both contentions have merit.

Therefore, the original opinion of this Court is hereby corrected. Holt shall have judgment against Butler for $39,997.51.